# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Davis, Diane | 2. Court or Organization  Utica, NY | 3. Date of Report  05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018  to  12/31/2018 |

**7. Chambers or Office Address**

220 U.S. Courthouse
10 Broad Street
Utica, New York 13501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #4 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Troy Web Consulting LLC - salary |
| 2. 2018 | NYS Department of Taxation and Finance - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Central NY Bankruptcy Bar Association | 05/18/2018 | New Hartford, NY | non-FJE educational seminar funded by the BAR association | meals |
| 2. | Second Circuit Judicial Conference | 06/13/2018-06/15/2018 | Saratoga, NY | annual meeting | lodging |
| 3. | Federal Judicial Conference | 07/11/2018-07/13/2018 | Denver, CO | 2018 FJC National Workshop | program fee, airfare, lodging, meals |
| 4. | Court governance or administrative/managerial meetings | 09/12/2018-09/14/2018 | Lake Placid, NY | meetings | lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Diane** | 05/15/2019 |

| | | | | |
|---|---|---|---|---|
| 5. | National Conference of Bankruptcy Judges | 10/28/2018-10/31/2018 | San Antonio, TX | 2018 NCBJ Annual Conference | program fee, airfare, lodging, meals |
| 6. | Central NY and Capital District Bankruptcy Bar Associations | 11/09/2018-11/10/2018 | Cooperstown, NY | Bar Associations Annual Bankruptcy Conferernce | meals, lodging |
| 7. | Court governance or administrative/managerial meetings | 12/06/2018-12/07/2018 | Albany, NY | meetings | lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Diane** | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | Closed | 04/30/18 | | | |
| 2. -Fidelity Advisors Small Cap Fund Class A | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 174 |
| 3. -Henderson Global Investors Intl Opport Fund A | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 176 |
| 4. -Mainstay Large Cap Growth Fund Class A | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 178 |
| 5. -MFS Value Fund Class A | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 180 |
| 6. -FT Templeton Global Bond A | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 188 |
| 7. -PIMCO Total Return Fund Class A | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 186 |
| 8. -USB Bank USA Dep Acct | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 287 |
| 9. -USB PACE Large Company Growth Equity Investment Fund Class | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 266 |
| 10. -UBS PACE Intl Emerging Mkts Equity Investment Fund Class P | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 262 |
| 11. -UBS PACE Large Company Value Equity Investment Fund Class P | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 268 |
| 12. -UBS PACE International Equity Investment Fund Class P | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 264 |
| 13. -UBS PACE Small/Medium Co Value Equity Investment Fund | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 272 |
| 14. -UBS Government Sec Fixed Income Investment Fund | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 274 |
| 15. -UBS Strategic Fixed Income Investment Fund Long | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable excgh to ln 282 |
| 16. -UBS High Yield Investments Class P | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 276 |
| 17. -CSRSX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 170 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -GTEYX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 190 |
| 19. -FMI Large Cap Fund | A | Int./Div. | | | Sold | 04/13/18 | J | A | |
| 20. -UBS PACE Small/Medium Co Growth Equity Inv Class P | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 270 |
| 21. -UBS PACE International Fixed Investment Class P | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 286 |
| 22. -UBS PACE Alternative Strategies Investments Class P | A | Int./Div. | | | Closed | 04/13/18 | K | | nontaxable exchg to ln 284 |
| 23. -SPY | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 207 |
| 24. -JVMIX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 222 |
| 25. -AQMNX | A | Int./Div. | | | Sold | 03/05/18 | J | A | |
| 26. -JHAIX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 246 |
| 27. -UBS PACE Interim Fixed Income | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 278 |
| 28. -BGCIX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 242 |
| 29. -RLSIX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 248 |
| 30. -NMPAX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 172 |
| 31. -BMDIX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 218 |
| 32. -CWSIX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 220 |
| 33. -VCRSX | A | Int./Div. | | | Sold | 03/05/18 | J | A | |
| 34. -BGLSX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 244 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -BHYIX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 182 |
| 36.  -Delaware Diversified Income I | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 184 |
| 37.  -EFA | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 198 |
| 38.  -LQD | A | Int./Div. | | | Buy (add'l) | 02/07/18 | J | | |
| 39. | | | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 226 |
| 40.  -LFMIX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 192 |
| 41.  -PCGTX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 280 |
| 42.  -IJR | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 194 |
| 43.  -VO | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 196 |
| 44.  -IEFA | A | Int./Div. | | | Buy (add'l) | 02/27/18 | J | | |
| 45. | | | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 201 |
| 46.  -IEMG | A | Int./Div. | | | Closed | 04/13/18 | K | | nontaxable exchg to ln 204 |
| 47.  -VTV | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 211 |
| 48.  -VUG | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 213 |
| 49.  -EMB | A | Int./Div. | | | Buy (add'l) | 02/27/18 | J | | |
| 50. | | | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 228 |
| 51.  -CRED | A | Int./Div. | | | Closed | 04/13/18 | K | | nontaxable exchg to ln 231 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -GOVT | A | Int./Div. | | | Sold (part) | 02/27/18 | J | A | |
| 53. | | | | | Closed | 04/13/18 | K | | nontaxable exchg to ln 233 |
| 54.  -MINT | A | Int./Div. | | | Sold | 02/27/18 | J | A | |
| 55.  -JNK | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 238 |
| 56.  -EMKIX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 240 |
| 57.  -EMLC | A | Int./Div. | | | Sold (part) | 02/27/18 | J | A | |
| 58. | | | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 250 |
| 59.  -PREQX (Y) | | | | | Closed | 04/13/18 | J | | nontaxable exchg < $1000 |
| 60.  -VT | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 215 |
| 61.  -IUSG | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 205 |
| 62.  -OIGYX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 252 |
| 63.  -PBDPX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 254 |
| 64.  -QSPIX | A | Int./Div. | | | Buy (add'l) | 03/05/18 | J | | |
| 65. | | | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 258 |
| 66.  -QFVIX | A | Int./Div. | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 256 |
| 67.  -ABYIX | A | Int./Div. | | | Buy | 03/05/18 | J | | |
| 68. | | | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 235 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IEF (Y) | | | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 224 |
| 70. -BXMIX (Y) | | | | | Closed | 04/13/18 | J | | nontaxable exchg to ln 260 |
| 71. Brokerage Account #2 | | | | | | | | | |
| 72. NYS Retirement Plan - no control | | None | N | T | | | | | |
| 73. Trustco | A | Interest | J | T | | | | | |
| 74. Keybank | A | Int./Div. | M | T | | | | | |
| 75. SEFCU | A | Interest | M | T | | | | | |
| 76. Citizens | A | Interest | K | T | | | | | |
| 77. Brokerage Account #3 | | | | | | | | | |
| 78. Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 79. -IWR | A | Int./Div. | K | T | | | | | |
| 80. -IJH | A | Int./Div. | K | T | | | | | |
| 81. -IJR | A | Int./Div. | K | T | | | | | |
| 82. -IWM | A | Int./Div. | J | T | | | | | |
| 83. -FNX | A | Int./Div. | J | T | | | | | |
| 84. -FYX | A | Int./Div. | J | T | | | | | |
| 85. -EWJ | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -DIA | A | Int./Div. | K | T | | | | | |
| 87. -FEZ | A | Int./Div. | J | T | | | | | |
| 88. -SPY | A | Int./Div. | J | T | | | | | |
| 89. -VGK | A | Int./Div. | J | T | | | | | |
| 90. -VPL | A | Int./Div. | J | T | | | | | |
| 91. -EWS (Y) | | | | | | | | | |
| 92. -EEM | A | Int./Div. | J | T | | | | | |
| 93. -EWY (Y) | | | | | | | | | |
| 94. -EWU | A | Int./Div. | J | T | | | | | |
| 95. -MDY | A | Int./Div. | J | T | | | | | |
| 96. -IWD | A | Int./Div. | J | T | | | | | |
| 97. -IWF | A | Int./Div. | J | T | | | | | |
| 98. -RSP | A | Int./Div. | J | T | | | | | |
| 99. -IJJ | A | Int./Div. | J | T | | | | | |
| 100. -MUXA | A | Int./Div. | J | T | | | | | |
| 101. -JPM | A | Int./Div. | J | T | | | | | |
| 102. -WMT | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -MSFT | A | Int./Div. | J | T | | | | | |
| 104. -VZ | A | Int./Div. | J | T | | | | | |
| 105. -T (Y) | | | | | | | | | |
| 106. -CAT | A | Int./Div. | J | T | | | | | |
| 107. -CSCO | A | Int./Div. | J | T | | | | | |
| 108. -XOM | A | Int./Div. | J | T | | | | | |
| 109. -JNJ | A | Int./Div. | J | T | | | | | |
| 110. -WFC | A | Int./Div. | J | T | | | | | |
| 111. -PG | A | Int./Div. | J | T | | | | | |
| 112. -AXP | A | Int./Div. | J | T | | | | | |
| 113. -AAPL | A | Int./Div. | J | T | | | | | |
| 114. -BK | A | Int./Div. | J | T | | | | | |
| 115. -BA | A | Int./Div. | J | T | | | | | |
| 116. -EMN | A | Int./Div. | J | T | | | | | |
| 117. -HD | A | Int./Div. | J | T | | | | | |
| 118. -IBM | A | Int./Div. | J | T | | | | | |
| 119. -PEP | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -UTX | A | Int./Div. | J | T | | | | | |
| 121.  -DIS | A | Int./Div. | J | T | | | | | |
| 122.  -FE (X) | A | Int./Div. | J | T | | | | | |
| 123.  -MRK (X) | A | Int./Div. | J | T | | | | | |
| 124.  -Citizens Philadelphia PA CD | A | Interest | | | Buy | 03/27/18 | M | | |
| 125. | | | | | Matured | 07/05/18 | M | A | |
| 126.  -Goldman Sachs Bk NY CD | B | Interest | | | Buy | 03/27/18 | M | | |
| 127. | | | | | Matured | 10/04/18 | M | A | |
| 128.  -Bank of China NYC Branck CD | A | Interest | | | Buy | 08/01/18 | M | | |
| 129. | | | | | Matured | 11/15/18 | M | A | |
| 130.  -Capital One Bk USA CD | A | Interest | M | T | Buy | 11/02/18 | M | | |
| 131.  -Bank New York Mellon CD | A | Interest | M | T | Buy | 11/16/18 | M | | |
| 132.  Trust #4 | | | | | Closed | 07/31/18 | | | |
| 133.  -Morgan Stanley cash (Y) | | | | | | | | | |
| 134.  -residential property Delray Beach, FL, Palm Beach County (Y) | | | | | | | | | |
| 135.  Brokerage Account #4 | | | | | | | | | |
| 136.  -JPM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -T (Y) | | | | | | | | | |
| 138. -CAT | A | Dividend | J | T | | | | | |
| 139. -CSCO | A | Dividend | J | T | | | | | |
| 140. -KO | A | Dividend | J | T | | | | | |
| 141. -XOM (Y) | | | | | | | | | |
| 142. -INTC | A | Dividend | J | T | | | | | |
| 143. -JNJ | A | Dividend | J | T | | | | | |
| 144. -WFC | A | Dividend | J | T | | | | | |
| 145. -PG | A | Dividend | J | T | | | | | |
| 146. -MCD | A | Dividend | J | T | | | | | |
| 147. -WMT | A | Dividend | J | T | | | | | |
| 148. -MSFT | A | Dividend | J | T | | | | | |
| 149. -MRK (X) | A | Dividend | J | T | | | | | |
| 150. -EWJ | A | Int./Div. | J | T | Buy | 04/30/18 | J | | |
| 151. -DIA | A | Int./Div. | K | T | Buy | 04/17/18 | K | | |
| 152. -BND | A | Int./Div. | L | T | Buy | 04/30/18 | L | | |
| 153. -BSV | A | Int./Div. | K | T | Buy | 04/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 04/30/18 | K | | |
| 155. -BNDX | A | Int./Div. | J | T | Buy | 04/30/18 | J | | |
| 156. -VRP | A | Int./Div. | J | T | Buy | 04/27/18 | J | | |
| 157. -IWD | A | Int./Div. | K | T | Buy | 04/30/18 | K | | |
| 158. -IWF | A | Int./Div. | K | T | Buy | 04/27/18 | J | | |
| 159. | | | | | Buy (add'l) | 04/30/18 | K | | |
| 160. -HYG | A | Int./Div. | J | T | Buy | 04/30/18 | J | | |
| 161. -IWO | A | Int./Div. | J | T | Buy | 04/27/18 | J | | |
| 162. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 163. -IWN | A | Int./Div. | J | T | Buy | 04/17/18 | J | | |
| 164. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 165. -IJJ | A | Int./Div. | J | T | Buy | 04/27/18 | J | | |
| 166. -IJK | A | Int./Div. | J | T | Buy | 04/27/18 | J | | |
| 167. -IWS | A | Int./Div. | J | T | Buy | 04/30/18 | J | | |
| 168. -IWP | A | Int./Div. | J | T | Buy | 04/30/18 | J | | |
| 169. -JSOSX | A | Int./Div. | J | T | Buy | 04/27/18 | J | | |
| 170. -CSRSX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 17 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 04/30/18 | J | A | |
| 172.  -NMPA | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 30 |
| 173. | | | | | Sold | 04/25/18 | J | A | |
| 174.  -FSCIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 2 |
| 175. | | | | | Sold | 04/25/18 | J | A | |
| 176.  -HFOIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 3 |
| 177. | | | | | Sold | 04/30/18 | J | B | |
| 178.  -MLAIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 4 |
| 179. | | | | | Sold | 04/30/18 | J | B | |
| 180.  -MEIIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 5 |
| 181. | | | | | Sold | 04/30/18 | J | B | |
| 182.  -BHYIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 35 |
| 183. | | | | | Sold | 04/30/18 | J | A | |
| 184.  -Delaware Diversified Income I | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 36 |
| 185. | | | | | Sold | 04/30/18 | J | A | |
| 186.  -PTTPX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 7 |
| 187. | | | | | Sold | 04/30/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 23

Name of Person Reporting

Davis, Diane

Date of Report

05/15/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -TGBAX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 6 |
| 189. | | | | | Sold | 04/30/18 | J | A | |
| 190. -GTEYX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 18 |
| 191. | | | | | Sold | 04/30/18 | J | A | |
| 192. -LFMIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 40 |
| 193. | | | | | Sold | 04/30/18 | J | A | |
| 194. -IJR | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 42 |
| 195. | | | | | Sold | 04/30/18 | J | A | |
| 196. -VO | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 43 |
| 197. | | | | | Sold | 04/30/18 | J | A | |
| 198. -EFA | A | Int./Div. | J | T | Open | 04/13/18 | J | | nontaxable exchg frm ln 37 |
| 199. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 200. | | | | | Sold (part) | 04/30/18 | J | B | |
| 201. -IEFA | A | Int./Div. | K | T | Open | 04/13/18 | J | | nontaxable exchg frm ln 45 |
| 202. | | | | | Buy (add'l) | 04/30/18 | K | | |
| 203. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 204. -IEMG | A | Int./Div. | J | T | Open | 04/13/18 | K | | nontaxable exchg frm ln 46 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -IUSG | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 61 |
| 206. | | | | | Sold | 04/30/18 | J | A | |
| 207. -SPY | A | Int./Div. | J | T | Open | 04/13/18 | J | | nontaxable exchg frm ln 23 |
| 208. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 209. | | | | | Sold (part) | 04/30/18 | J | A | |
| 210. -BIL | A | Int./Div. | J | T | Buy | 04/24/18 | J | | |
| 211. -VTV | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 47 |
| 212. | | | | | Sold | 04/30/18 | J | B | |
| 213. -VUG | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 48 |
| 214. | | | | | Sold | 04/30/18 | J | B | |
| 215. -VT | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 60 |
| 216. | | | | | Sold | 04/30/18 | J | A | |
| 217. -VCIT | A | Int./Div. | J | T | Buy | 04/27/18 | J | | |
| 218. -BMDIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 31 |
| 219. | | | | | Sold | 04/25/18 | J | A | |
| 220. -CWSIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 32 |
| 221. | | | | | Sold | 04/25/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -JVMIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 24 |
| 223. | | | | | Sold | 04/25/18 | J | A | |
| 224. -IEF | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 69 |
| 225. | | | | | Sold | 04/30/18 | J | A | |
| 226. -LQD | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 39 |
| 227. | | | | | Sold | 04/30/18 | J | A | |
| 228. -EMB | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 50 |
| 229. | | | | | Sold | 04/30/18 | J | A | |
| 230. -SHY | A | Int./Div. | J | T | Buy | 04/27/18 | J | | |
| 231. -CRED | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 51 |
| 232. | | | | | Sold | 04/30/18 | J | A | |
| 233. -GOVT | A | Int./Div. | | | Open | 04/13/18 | K | | nontaxable exchg frm ln 53 |
| 234. | | | | | Sold | 04/30/18 | K | A | |
| 235. -ABYIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 68 |
| 236. | | | | | Sold | 04/30/18 | J | A | |
| 237. -MINT | A | Int./Div. | K | T | Buy | 04/30/18 | K | | |
| 238. -JNK | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 55 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 04/30/18 | J | A | |
| 240. -EMKIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 56 |
| 241. | | | | | Sold | 04/30/18 | J | A | |
| 242. -BGCIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 28 |
| 243. | | | | | Sold | 04/30/18 | J | A | |
| 244. -BGLSX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 34 |
| 245. | | | | | Sold | 04/30/18 | J | A | |
| 246. -JHAIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 26 |
| 247. | | | | | Sold | 04/26/18 | J | A | |
| 248. -RLSIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 29 |
| 249. | | | | | Sold | 04/30/18 | J | A | |
| 250. -EMLC | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 58 |
| 251. | | | | | Sold | 04/30/18 | J | A | |
| 252. -OIGYX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 62 |
| 253. | | | | | Sold | 04/30/18 | J | A | |
| 254. -PBDPX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 63 |
| 255. | | | | | Sold | 04/30/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -QFVIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 66 |
| 257. | | | | | Sold | 04/30/18 | J | A | |
| 258. -QSPIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 65 |
| 259. | | | | | Sold | 04/30/18 | J | A | |
| 260. -BXMIX | A | Int./Div. | | | Open | 04/12/18 | J | | nontaxable exchg frm ln 70 |
| 261. | | | | | Sold | 04/30/18 | J | A | |
| 262. -PCEMX | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 10 |
| 263. | | | | | Sold | 04/26/18 | J | A | |
| 264. -PCIEX | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 12 |
| 265. | | | | | Sold | 04/26/18 | J | B | |
| 266. -PCLCX | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 9 |
| 267. | | | | | Sold | 04/26/18 | J | B | |
| 268. -PCLVX | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 11 |
| 269. | | | | | Sold | 04/26/18 | J | A | |
| 270. -PCSGX | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 20 |
| 271. | | | | | Sold | 04/26/18 | J | A | |
| 272. -PCSVX | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 13 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 04/26/18 | J | A | |
| 274. -PCGLX | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 14 |
| 275. | | | | | Sold | 04/26/18 | J | A | |
| 276. -PHYPX | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 16 |
| 277. | | | | | Sold | 04/26/18 | J | A | |
| 278. -PCIFX | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 27 |
| 279. | | | | | Sold | 04/26/18 | J | A | |
| 280. -PCGTX | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 41 |
| 281. | | | | | Sold | 04/26/18 | J | A | |
| 282. -PCSIX | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 15 |
| 283. | | | | | Sold | 04/26/18 | J | A | |
| 284. -PASPX | A | Int./Div. | | | Open | 04/13/18 | J | | nontaxable exchg frm ln 22 |
| 285. | | | | | Sold | 04/26/18 | J | B | |
| 286. -Morgan Stanley Bank | A | Interest | J | T | Open | 04/13/18 | J | | nontaxable exchg frm ln 21 |
| 287. | | | | | Open | 04/25/18 | J | | nontaxable exchg frm ln 8 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I:

I serve as Co-trustee on Trust #4          .  My position as co-trustee occured upon     passing in July 2015 when the trust became irrevocable.  The assets of the trust will be monitored and disposed of by the trustees and the balance will be distributed equally to    , including myself.     I have waived  right to receive  lawful commission from the trust.  The trust terminated during 2018.

PART VII:

The assets in Brokerage Account #1 (lines 1-70) were transfered in-kind to Brokerage Account #4 (lines 170-287).  Notations have been made in column 5 indicating where the corresponding nontaxable transaction/transfers can be found.

Line 132 indicates the aggregate total for Trust #4.  All of the information listed in lines 132 through 134 are the holdings for this trust.  The sale of the asset listed in line 134 was closed 10/27/17 and the distribution of the proceeds was reported on the 2017 report on lines 311-314.  The account listed in line 133 remained open to pay any final expenses and the final distributions were made in July 2018 at the time the trust was closed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544